IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ANGELA M. TULL,<br><br>                 Defendant. | 8:22CR146<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Angela M. Tull (Filing No. 20). Glenn A. Shapiro has filed an entry of appearance as retained counsel for Angela M. Tull. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 20) will be granted.

Yvonne D. Sosa shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Angela M. Tull's defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge